IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DARROLL C. LAMBERT, | ) |
| Plaintiff, | ) No. 3:15-cv-00793 |
| v. | ) |
| | ) **Judge Nixon** |
| JOHN MICHALAK, | ) **Magistrate Judge Knowles** |
| Defendant. | ) |

## ORDER

Plaintiff has failed to comply with this Court's previous Order (Doc. No. 4) to complete and timely return the service packet for Defendant Michalak. On March 17, 2016, Magistrate Judge Knowles issued a Report and Recommendation ("Report") (Doc. No. 8) noting that there is no indication that Defendant has been served with the Summons and Complaint and recommending that this action be dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 4(m). (Doc. No. 8 at 1.) The Report provided a period of fourteen days in which any party could file an objection. (*Id.*) No party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DISMISSES** this case **without prejudice**. The Court **DIRECTS** the Clerk to **CLOSE** this case.

It is so ORDERED.

Entered this the 4th day of April, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT